So Ordered.

Signed this 10 day of May, 2016.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                              CASE NO.: 15-10481-1-rel

Mark Lasher,                                        Chapter: 13

                    DEBTOR.      JUDGE: ROBERT E. LITTLEFIELD, JR.
-----------------------------------------------------------X

### ORDER AMENDING PRIOR ORDER GRANTING RELIEF FROM STAY

Coming before the court on February 4, 2016 was the motion of Lakeview Loan Servicing, LLC (the "Movant"), by its attorneys Rosicki, Rosicki & Associates, P.C., seeking an Order granting relief from the Automatic Stay with respect to the real property located at 1193 Hearts Content Road, Round Top, New York 12473 (the "Premises"); upon the Debtor's default said application was granted by Order ("Order") of this Court, entered on February 8, 2016; the Debtor subsequently brought Motion to Vacate the Order, which was heard before this Court on March 31, 2016; and,

The parties now wish to modify this Court's Order so that the Debtor has an opportunity to cure the post-petition default and continue with his payment obligations to Movant's transferee, Kondaur Capital Corporation, it is therefore hereby

A. **ORDERED**, that this Court's Order Granting Relief from the Automatic Stay entered on February 8, 2016, shall remain in full force and effect, except as amended and provided for herein, and it is further

B. **ORDERED** that on or before July 15, 2016, the Debtor shall pay Movant all post-petition arrears on his mortgage, such arrears include monthly mortgage instalments, reasonable attorney costs and fees incurred by Movant in connection with both Applications, in the amount of $776.00 for a total sum of $6,999.54, and such sum shall be good through April 18, 2016 and said arrears are broken down as follows:

| | |
|---|---|
| 7 Late Payments (10/1/15-4/1/16) at $1,020.73 each | = $7,145.11 |
| Reasonable attorney fees, awarded in February 8, 2016 Order | = $250.00 |
| Reasonable attorney costs, awarded in February 8, 2016 Order | = $176.00 |
| Reasonable attorney fees, for within Conditional Order | = $350.00 |
| Suspense | = -$921.57 |
| Total | = $6,999.54, |

and said arrears are to be paid as follows:

| **DUE ON OR BEFORE:** | **AMOUNT:** |
|---|---|
| April 30, 2016 | $6,223.54 |
| May 15, 2016 | $258.67 |
| June 15, 2016 | $258.67 |
| July 15, 2016 | $258.67 |

and this payment shall be made by certified funds and mailed to the following address:

Kondaur Capital Corporation
333 South Anita Drive
Suite 400
Orange, CA 92868-3314,

and it is further,

C.  **ORDERED** that the Debtor shall make timely regular monthly payments to Movant at the address listed above by the first day of each and every month, commencing with the May 1, 2016 payment, and it is further

D.  **ORDERED** that in the event the Debtor fails to tender the sum due under paragraph "A" hereinabove or fails to make timely payments described in paragraph "B" hereinabove, and thereafter fails to comply with a Ten (10) day Notice to Cure, then upon the filing of an Affirmation of Non-Compliance and submission and signature of an Ex-Parte Order, the automatic stay is vacated with respect to the mortgage held by Movant to the extent necessary to allow it, its successors and/or assigns, to commence and/or continue mortgage foreclosure and eviction proceedings on the real property located at 1193 Hearts Content Road, Round Top, New York 12473, and it is further,

E.  **ORDERED** that in the event the Debtor fails to tender the sum due under paragraph A and/or the payments due pursuant to paragraph B hereinabove, and if two (2) notices to cure had previously been sent to Debtor and Debtor's attorney pursuant to paragraph C hereinabove (for two previous defaults under this order), then no further notices to cure shall be provided and the automatic stay will be vacated without further notice to the Debtor or Debtor's attorney upon filing of an Affirmation of Non-Compliance and submission and signature of an Ex-Parte Order.

CONSENTED AND AGREED TO BY:

/s/ Ralph C. Lewis, Jr.
Ralph C. Lewis, Jr., Esq.
Attorney for Debtor

###